HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DAVID M. PORTER, Bar # 127024
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
david_porter@fd.org

Attorneys for Defendant
MICHAEL STEVENS-WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:19-mj-0023-KJN |
|---|---|---|
| Plaintiff, | ) | MOTION TO HAVE UNITED STATES MARSHAL ARRANGE TRANSPORTATION AND SUBSISTENCE FOR DEFENDANT [18 U.S.C. § 4285]; ORDER |
| v. | ) | |
| MICHAEL STEVENS-WONG, | ) | |
| Defendant. | ) | |

Defendant, MICHAEL STEVENS-WONG, through Assistant Federal Defender David M. Porter, pursuant to 18 U.S.C. § 4285, requests this Court to order the United States Marshal to arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation from his home in Sacramento, California, to the District of Hawaii for his arraignment, scheduled for March 12, 2019, at 10:00 a.m., where his appearance is required at 300 Ala Moana Boulevard, Honolulu, Hawaii.

In addition, Defendant requests this Court order the United States Marshal to furnish Defendant with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. §5702(a).

All this is based upon the following:

Defendant is indigent and has qualified for court-appointed counsel. Defendant has been released, pursuant to Chapter 207 (18 U.S.C. § 3141 et seq.) on condition of his subsequent appearance in the District of Hawaii. It will create a financial hardship for Defendant to provide

*United States v. Michael Stevens-Wong*     1     Motion to Have United States Marshal Arrange Transportation and Subsistence for Defendant; [lodged] ORDER

the necessary transportation to appear before the required court on his own.

SUBMITTED: February 1, 2019.

            HEATHER E. WILLIAMS
            Federal Defender

            */s/ David M. Porter*
            David M. Porter
            Assistant Federal Defender

            Attorneys for Defendant
            MICHAEL STEVENS-WONG

Copy to:

Samuel Wong
Assistant U.S. Attorney

United States Marshal Service

---

*United States v. Michael Stevens-Wong*     2     Motion to Have United States Marshal Arrange Transportation and Subsistence for Defendant; [lodged] ORDER

# ORDER

Pursuant to defendant's motion, and good cause appearing therefor, the United States Marshal is ordered to: (1) arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation from his home in Sacramento, California, to the District of Hawaii for his arraignment, scheduled for March 12, 2019, at 10:00 a.m., where his appearance is required at 300 Ala Moana Boulevard, Honolulu, Hawaii; and, (2) furnish Defendant with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

Dated: February 4, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE