UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 1, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL STEVENS-WONG

Defendant.

Case No. 2:19-mj-00023-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL STEVENS-WONG Case No. 2:19-mj-00023-KJN Charge 21 USC § 846 from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_

X  Unsecured Appearance Bond $  50,000 co-signed by Valerie Stevens-Campos

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

X  (Other): Pretrial Service conditions as stated on the record in open court.

Issued at Sacramento, California on January 29, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman