| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar # 122664 |
| | Federal Defender |
| 2 | DAVID M. PORTER, Bar # 127024 |
| | 801 I Street, 3rd Floor |
| 3 | Sacramento, CA 95814 |
| | Telephone: 916.498.5700 |
| 4 | david_porter@fd.org |
| 5 | Attorneys for Defendant |
| | MICHAEL STEVENS-WONG |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:19-mj-0023-KJN |
|---|---|---|
| Plaintiff, | ) | AMENDED MOTION TO HAVE UNITED STATES MARSHAL ARRANGE TRANSPORTATION AND SUBSISTENCE FOR DEFENDANT [18 U.S.C. § 4285]; ORDER |
| v. | ) | |
| MICHAEL STEVENS-WONG, | ) | |
| Defendant. | ) | |

Defendant, MICHAEL STEVENS-WONG, through Assistant Federal Defender David M. Porter, pursuant to 18 U.S.C. § 4285, requests this Court order the United States Marshal to arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation from his home in Sacramento, California, to the District of Hawaii for his arraignment, scheduled for March 12, 2019 at 10:00 a.m., where his appearance is required at 300 Ala Moana Boulevard, Honolulu, Hawaii.

In addition, Defendant requests this Court order the United States Marshal to furnish Defendant with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. §#5702(a).

All this is based upon the following:

Defendant is indigent and has qualified for court-appointed counsel. Defendant has been released, pursuant to Chapter 207 (18 U.S.C. § 3141 et seq.), on condition of his subsequent appearance in the District of Hawaii. It will create a financial hardship for Defendant to provide

*United States v. Michael Stevens-Wong*     1     Motion to Have United States Marshal Arrange Transportation and Subsistence for Defendant; [lodged] ORDER

the necessary transportation to appear before the required court on his own.  Mr. Stevens-Wong will also require return travel to his home in Sacramento, California, after the completion of his hearing.

SUBMITTED: February 27, 2019.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ David M. Porter
                                        David M. Porter
                                        Assistant Federal Defender

                                        Attorneys for Defendant
                                        MICHAEL STEVENS-WONG

Copy to:

Samuel Wong
Assistant U.S. Attorney

United States Marshal Service

**ORDER**

Pursuant to defendant's motion, and good cause appearing therefor, the United States Marshal is ordered to: (1) arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation from his home in Sacramento, California, to the District of Hawaii for his arraignment, scheduled for March 12, 2019 at 10:00 a.m., where his appearance is required at 300 Ala Moana Boulevard, Honolulu, Hawaii; and, (2) furnish Defendant with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a); and, (3) arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation to Sacramento, California, upon completion of his hearing.

Dated: February 28, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE